J. Vincent Reppert (JR-1984)
REPPERT KELLY, LLC
1350 Broadway, 10th Floor
New York, New York 10018
(212) 490-0988

403 King George Road, Suite 201
Basking Ridge, New Jersey 07920
(908) 647-9300
Attorneys for Plaintiff

JUDGE JONES

**07 CV 6301**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLEG CASSINI, INC.,

                Plaintiff,

vs.

WEBER'S 32ND ST. CORP.,

                Defendant.
-----------------------------------------------------------X

ECF Case

Case No.



**RULE 7.1 INITIAL STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Oleg Cassini, Inc. certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
         July 5, 2007

Respectfully submitted,

REPPERT KELLY, LLC
Attorneys for Plaintiff

By: /s/ J. Vincent Reppert
    J. Vincent Reppert (JR-1984)

1350 Broadway, 10th Floor
New York, New York 10018
(212) 490-0988

403 King George Road, Suite 201
Basking Ridge, New Jersey 07920
(908) 647-9300