LAW OFFICES
# REPPERT KELLY, LLC

403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NEW JERSEY 07920
TELEPHONE: (908) 647-9300
FACSIMILE: (908) 647-9301

NEW YORK OFFICE
1350 BROADWAY
10TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: (212) 490-0988
FACSIMILE: (212) 490-0287

EMAIL: JVREPPERT@REPPERTKELLY.COM

J. VINCENT REPPERT †
CHRISTOPHER P. KELLY †
LISA J. REPPERT
AMANDA F. SHECTER †
KASIA WALCH †
STEVEN G. GOLDSTEIN †

OF COUNSEL
BART S. OATES *

† MEMBER NY & NJ BARS
* MEMBER NJ BAR
‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

April 20, 2007

**VIA FEDERAL EXPRESS
AND REGULAR MAIL
PERSONAL AND CONFIDENTIAL**
Weber's 32nd Street Corp.
116 West 32nd Street
New York, New York 10001
Attn: Mrs. Susan Weber, CEO

Mrs. Susan Weber
60 Random Farm Circle
Chappaqua, New York 10514

    Re:    Oleg Cassini, Inc. and Weber's 32nd Street Corp.
               Unlawful Sale of "Oleg Cassini" Merchandise

Dear Mrs. Weber:

      We represent Oleg Cassini, Inc. ("OCI" or the "Company") in connection with the above-referenced matter. OCI has been, at all relevant times herein, the owner of common law tradename and trademark rights and incontestable Federally Registered Trademark Rights in and to the tradename and trademark "Cassini" and "Oleg Cassini" for men's and women's apparel as well as other items. Such names are registered under Registration Nos. 885, 856; 650, 952; 657, 489; 887, 533; and other registrations. We write in response to Weber's 32nd Street Corp.'s ("Weber" or "you") unlawful distribution and sale of "Oleg Cassini" merchandise.[1]

---

[1] We attach hereto a copy of the receipt for "Oleg Cassini" merchandise sold at Weber's store located at 116 West 32nd Street, New York, New York along with the hangtags bearing the "Oleg Cassini" trademark. This merchandise was sold for a below market price of $5.00 per unit. The shirts have a manufacturer's suggested retail price of $39.00 per unit. This unauthorized dumping of Cassini merchandise has caused substantial damage to our client.

Mrs. Susan Weber
Page 2
April 20, 2007

The Company has spent considerable time, money and energy advertising and promoting the Cassini name and mark and, as a consequence thereof, the name has acquired extensive goodwill throughout the United States and the world. Mr. Oleg Cassini is a licensor and designer of international repute having one of the most widely recognized designer names throughout the world. Accordingly, the dumping of such merchandise will not be tolerated.

Weber's recent unauthorized sale of merchandise bearing the "Cassini" trademark and tradename has caused confusion and irreparably injured, diluted, and harmed the goodwill that Oleg Cassini, Inc. has established in the "Oleg Cassini" trademark and tradename. Weber's unauthorized sale of the aforementioned counterfeit apparel constitutes trademark infringement and unfair competition under the United States Trademark Act, commonly referred to as the Lanham Act, 15 U.S.C. Section 1501, et seq., as well as common law trademark infringement, deceptive trade practices and injury to the Company's business reputation and may subject you and Weber to liability, damages and attorneys fees.

Accordingly, we hereby demand that you immediately cease the offer and sale of "Oleg Cassini" merchandise and furnish us with your written assurance that you have discontinued all sales. Moreover, we demand that you provide our office with an accounting specifying the following information:

1. The total quantity of products manufactured by or for Weber, to date, under the term or name "Cassini" or "Oleg Cassini";

2. The total quantity of products imported by you to date under the term or name "Cassini" or "Oleg Cassini";

3. The total quantity of products which may be in the process of manufacture, or on order, but not yet received by you under the term or name "Cassini" or "Oleg Cassini";

4. The name and address of each manufacturer, supplier, seller and shipper of such "Cassini" or "Oleg Cassini" products;

5. The total quantity of such "Cassini" or "Oleg Cassini" products you have received from each manufacturer, seller and supplier to date;

6. The total quantity of such "Cassini" or "Oleg Cassini" products sold, distributed or shipped by Weber to date;

7. The total quantity of such "Cassini" or "Oleg Cassini" products you have in inventory and the location of such inventory;

8. The price you paid for such "Cassini" or "Oleg Cassini" products;

Mrs. Susan Weber
Page 3
April 20, 2007

9. The price at which you sold such "Cassini" or "Oleg Cassini" products; and

10. Your total sales in dollars and units of such "Cassini" or "Oleg Cassini" products to date.

We also request copies of all purchase orders, shipping documents and invoices relating to your manufacturing, importing, purchase, sale, and/or distribution of such "Cassini" and/or "Oleg Cassini" products.

If we do not receive a response from you within ten (10) days of the date of this letter, we will take all appropriate further action under the law to protect our client's rights. This letter does not intend to incorporate each and every violation nor does it constitute a waiver of any other common law or statutory claims related to Weber's unlawful conduct.

Very truly yours,

J. Vincent Reppert

Enclosures

N.Y. N.Y. 10001

------------------

```
DATE  03/26/2007  MON

DEPT.5           $5.00
DEPT.5           $5.00
DEPT.5           $5.00
TOTAL           $15.00
CASH            $20.00
CHANGE           $5.00
REG#3202      No.91019
TIME 17:58          00
```

