# MILLER ROSADO & ALGIOS, LLP
ATTORNEYS AT LAW

200 OLD COUNTRY ROAD
SUITE 590
MINEOLA, NEW YORK 11501

Louis Algios
Christopher Rosado
Neil A. Miller

(516) 512-0200
FAX: (516) 741-7758

Ezra Huber
of counsel

July 18, 2007

BY FAX (908-647-9301) AND MAIL

J. Vincent Reppert, Esq.
Reppert Kelly, LLC
403 King George Road
Suite 201
Basking Ridge, New Jersey 07920

Re: Oleg Cassini, Inc. & Weber's 32nd Street Corp.

Dear Mr. Reppert:

While somewhat ambiguous, your complaint does not appear to allege that the shirts sold by my client were anything other than genuine Oleg Cassini shirts bearing an authentic Oleg Cassini mark. Rather, the nub of your factual contentions seems to be that my client is not licensed or authorized to sell Oleg Cassini merchandise and that your client's licensees are not authorized to sell Oleg Cassini merchandise to my client.

If it was your intention to allege that the shirts sold by my client were not in fact genuine Oleg Cassini goods, or that they the shirts did not bear a true and correct Oleg Cassini mark, I suggest you amend your complaint as of right to make that allegation immediately if you and your client have a good faith basis for making such allegations.

If you do not wish to amend your complaint, then I can only assume that you concur that the goods were genuine Oleg Cassini goods bearing an authentic Oleg Cassini mark. In such event, I hereby demand that you withdraw the complaint as patently insufficient as a matter of law (Polymer Technology Corp. v. Mimran, 37 F.3d 74, 78 [2nd Cir. 1994]; H.L. Hayden Co. of New York, Inc. v. Siemens Medical Systems, Inc., 879 F.2d 1005, 1023 [2nd Cir. 1989]). Otherwise, we will have no choice but to move to dismiss the complaint and for sanctions.

1

Please be guided accordingly.

Very Truly Yours,

*[signature]*

Neil A. Miller