STATE OF NEW YORK   )
                    ss.:
COUNTY OF NEW YORK  )

GISELA A. RUBENSTEIN, being duly sworn deposes and says: I am not a party to this action, am over 18 years of age and reside at Nassau County, New York.

On September 7, 2007, I served a true copy of the annexed NOTICE OF MOTION and DECLARATION, by depositing same with an overnight delivery service (UPS overnight delivery) in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service is indicated below:

> J. Vincent Reppert, Esq.
> REPPERT KELLY, LLC
> 403 King George Road
> Suite 201
> Basking Ridge, NJ 07920

_____
GISELA A. RUBENSTEIN

Sworn to before me this
7th day of September, 2007

_____
NOTARY PUBLIC

NEIL A. MILLER
Notary Public, State of New York
No. 4873717
Qualified in Nassau County
Commission Expires Sept. 22, 20__