# REPPERT KELLY, LLC

COUNSELORS AT LAW

403 KING GEORGE ROAD, SUITE 201
BASKING RIDGE, NEW JERSEY 07920
TELEPHONE: (908) 647-9300
FACSIMILE: (908) 647-9300
WWW.REPPERTKELLY.COM

WRITER'S EMAIL ADDRESS
EMAIL: EUNDERRINER@REPPERTKELLY.COM

1350 BROADWAY
10TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: (212) 490-0988
FACSIMILE: (212) 490-0287

September 18, 2007

**Via Fax (212) 805-6191**
Honorable Barbara S. Jones
United Stated District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY F[ILED]
DOC #:
DATE FILED: 1/19/07

Re:   Oleg Cassini, Inc. v. Weber's 32nd Street Corp.
      Civil Action Case No. 07 CV 6301 (BSJ)
      S.D.N.Y.

Dear Judge Jones,

We represent the plaintiff Oleg Cassini, Inc. in connection with the above-referenced action. Pursuant to Your Honor's individual rule 1(D) and with the consent of the defendant's counsel, we request that the motion to dismiss the complaint, presently returnable before your honor on September 28, 2007, be adjourned; and a briefing schedule set as follows:

- Opposing affidavits and answering memoranda of law shall be served on or before October 22, 2007; and

- Reply affidavits and memoranda of law shall be served on or before November 5, 2007.

This is the first such request for an extension. Thank you for your of the above request.

Respectfully submitted,

Eric M. Underriner

Application is granted.

cc: Neil A. Miller, Esq. (via fax)

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.
9/19/07

TOTAL P.02