STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

  REGINA ALLEN, being duly sworn deposes and says: I am not a party to this action, am over 18 years of age and reside at Queens, New York.

  On November 5, 2007, I served a true copy of the annexed Reply Memorandum of Law in Support of Motion to Dismiss Complaint, by mailing same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known addresses set forth after each name:

        J. VINCENT REPPERT, ESQ.
        REPPERT KELLY, LLC
        Attorneys for Plaintiff
        403 King George Road
        Suite 201
        Basking Ridge, New Jersey 07920

        _____
        REGINA ALLEN

Sworn to before me this
5th day of November, 2007

_____
NOTARY PUBLIC

    NEIL A. MILLER
  Notary Public, State of New York
     No. 4873717
   Qualified in Nassau County
  Commission Expires Sept. 22, 20_10_