REPPERT KELLY, LLC
403 King George Road, Suite 201
Basking Ridge, New Jersey 07920
(908) 647-9300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
OLEG CASSINI, INC.,                :
                                                          :    Case No. 07 CV6301 (BSJ) (HP)
                   Plaintiff,             :
                                                          :
          v.                                       :
                                                          :    **NOTICE OF APPEARANCE OF PAUL**
WEBER'S 32ND ST. CORP.,     :    **L. KATTAS ON BEHALF OF**
                                                          :    **PLAINTIFF**
                   Defendant.        :
------------------------------------------------------X

     Paul L. Kattas, of the firm Reppert Kelly, LLC, makes an appearance on behalf of Plaintiff, Oleg Cassini, Inc. and respectfully requests that he be served electronically with all papers that are filed in this ECF case at pkattas@reppertkelly.com.

Dated: Basking Ridge, New Jersey
          December 26, 2007

                                        REPPERT KELLY, LLC

                                        By:s/Paul L. Kattas
                                           Paul L. Kattas (PK 6222)
                                      403 King George Road, Suite 201
                                      Basking Ridge, New Jersey 07920
                                      (908) 647-9300

                                      1350 Broadway, 10th Floor
                                      New York, New York 10018
                                      (212) 490-0988

                                      Attorneys for Plaintiff