```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------X
OLEG CASSINI, INC.,                  RULE 7.1 DISCLOSURE STATEMENT

                Plaintiff,           Case No. 07 CV 6301 (BSJ)(HP)

        v.

WEBER'S 32ND ST. CORP.,

                Defendants.
-----------------------------X
```

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record hereby certifies neither defendant Industrial Quick Search, Inc., nor any parents, subsidiaries or other corporate affiliates thereof, is publicly held.

```
Dated: Mineola, New York
       July 25, 2008
```

                                          s/_____
                                          Neil A. Miller, Esq. (NM-9078)
                                          Louis Algios, Esq.
                                          MILLER, ROSADO & ALGIOS, LLP
                                          Attorneys for Defendant
                                          200 Old Country Road
                                          Suite 590
                                          Mineola, New York 11501
                                          (516) 512-0200

```
TO:

J. Vincent Reppert, Esq.
REPPERT KELLY, LLC
Attorneys for Plaintiff
403 King George Road
Suite 201
Basking Ridge, New Jersey 07920
(908) 647-9300
```

```
1350 Broadway
10th Floor
New York, New York 10018
(212) 490-0988
```