STATE OF NEW YORK)
) ss.:
COUNTY OF NASSAU )

    REGINA ALLEN, being duly sworn deposes and says: I am not a party to this action, am over 18 years of age and reside at Queens, New York.

    On July 28, 2008, I served a true copy of the annexed Rule 7.1 Disclosure Statement, by mailing same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known addresses set forth after each name:

        J. VINCENT REPPERT, ESQ.
        REPPERT KELLY, LLC
        Attorneys for Plaintiff
        403 King George Road
        Suite 201
        Basking Ridge, New Jersey 07920

        1350 Broadway
        10th Floor
        New York, New York  10018

        _____
        REGINA ALLEN

Sworn to before me this
28th day of July, 2008

_____
NOTARY PUBLIC

NEIL A. MILLER
Notary Public, State of New York
No. 4975217
Qualified in Nassau County
Commission Expires Sept. 22, 2010