STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NASSAU )

AGRIMELY RODRIGUEZ, being duly sworn deposes and says: I am not a party to this action, am over 18 years of age and reside at Wheatley Heights, New York.

On July 25, 2008, I served a true copy of the annexed ANSWER, by mailing same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known addresses set forth after each name:

> J. VINCENT REPPERT, ESQ.
> REPPERT KELLY, LLC
> Attorneys for Plaintiff
> 403 King George Road
> Suite 201
> Basking Ridge, New Jersey 07920
>
> 1350 Broadway
> 10th Floor
> New York, New York 10018

AGRIMELY RODRIGUEZ

Sworn to before me this
25th day of July, 2008

NOTARY PUBLIC

NEIL A. MILLER
Notary Public, State of New York
No. 4873717
Qualified in Nassau County
Commission Expires Sept. 22, 2011