UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
OLEG CASSINI, INC.,                           :
                                              :    Case No. 07 cv 6301(BSJ) (HP)
               Plaintiff,       :
                                              :
   v.                                         :
                                              :    **ANSWER TO COUNTERCLAIM**
WEBER'S 32ND ST. CORP.,                       :
                                              :
               Defendant.       :
-------------------------------------------------------X

Plaintiff, Oleg Cassini, Inc. ("plaintiff" or "OCI"), by its attorneys, Reppert Kelly, LLC, for its answer to the Counterclaim of defendant Weber's 32nd St. Corp. ("defendant" or "Weber's"), alleges as follows:

### AS AND FOR A RESPONSE TO THE FIRST COUNTERCLAIM

1.      OCI denies the allegations contained in the Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

Defendant's Counterclaim fails to state a claim upon which relief can be granted.

**WHEREFORE**, plaintiff demands that this Court enter judgment:

1.      Dismissing the Counterclaim in its entirety.

2

    2.    Awarding plaintiff such other and further relief as the Court deems just and proper.

Dated: Basking Ridge, New Jersey
       August 1, 2008

                              REPPERT KELLY, LLC

                              By: s/ Christopher P. Kelly
                                  Christopher P. Kelly

                              403 King George Road, Suite 201
                              Basking Ridge, New Jersey 07920
                              (908) 647-9300

                              1370 Broadway, Suite 1000
                              New York, New York 10018
                              (212) 490-0988

                              Attorneys for Plaintiff